■ In the Matter of JOHN C. ASSIMOTOS, Appellant, v THOMAS A. COUGHLIN, III, as Commissioner of the State of New York Department of Correctional Services, et al., Respondents.—Judgment unanimously affirmed without costs. Memorandum. From our review of the record, we find substantial evidence that respondents' action in discharging petitioner was not the product of bad faith but rather was the result of his unsatisfactory job performance (see, Matter of Kearney v Coughlin, 110 AD2d 1010, 1012-1013). (Appeal from judgment of Supreme Court, Orleans County, Miles, J.—art 78.) Present —Callahan, J. P., Denman, Boomer, Pine and Davis, JJ.

■ In the Matter of LEON R. VELEY, Appellant, v CITY OF WATERTOWN, Respondent and Third-Party Plaintiff et al., Third-Party Defendants.—Order unanimously affirmed without costs for the reasons stated in memorandum decision at Special Term, Lynch, J. (Appeal from order of Supreme Court, Jefferson County, Lynch, J.—summary judgment.) Present— Callahan, J. P., Denman, Boomer, Pine and Davis, JJ.